MAW;cjn
AO 442 (Rev. 11/11) Arrest Warrant                                                                                                          2025R00479

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                    Case No. 25-MJ-594

ROBERT IVERS

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay ROBERT IVERS who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint
___ Probation Violation Petition   ___Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

On or about between February 2025 and September 5, 2025, in the State and District of Minnesota, defendant Robert Ivers threatened to assault and murder a United States judge, that is Federal Judge A, with intent to retaliate against such judge on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

Date: September 8, 2025

*Issuing officer's signature*

City and State: ST. PAUL, MN

The Honorable Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |