# DESIGNATION and ASSIGNMENT

I am informed that all judges in the District of Minnesota are disqualified from participating in following case in that district:

No. 25-CR-347 - *United States v. Robert Phillip Ivers*

Therefore, in the public interest and pursuant to 28 U.S.C. § 292(b), I designate and assign temporarily the Honorable Karen E. Schreier, United States District Judge for the District of South Dakota, to hold a district court in the District of Minnesota in the above matter. The designation and assignment is effective September 11, 2025, and continues for such time as may be required to complete unfinished business in this case.

Steven M. Colloton
Chief Judge
United States Court of Appeals
 for the Eighth Circuit

Dated: September 11, 2025

Original: Kate M. Fogarty, Clerk of Court, District of Minnesota
cc: Hon. Patrick J. Schiltz
Hon. Roberto A. Lange
Hon. Karen E. Schreier
Millie B. Adams