UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PHILLIP IVERS,<br><br>Defendant. | Case No. 25-CR-0347 (KES)<br><br><br>ORDER APPOINTING MAGISTRATE JUDGE |

This matter comes before the Court for the purpose of obtaining special assignment of a magistrate judge from another district for temporary service in the District of Minnesota. Because the defendant in this case has been convicted of threatening a judge of this District—and because the defendant is currently being prosecuted for allegedly threatening a probation officer employed by this District—all judicial officers of this District have been disqualified. Chief Circuit Judge Steven Colloton has appointed District Judge Karen E. Schreier of the District of South Dakota to preside, and Judge Schreier needs the assistance of a magistrate judge.

The undersigned has conferred with Chief Judge Roberto Lange of the District of South Dakota regarding the availability of Magistrate Judge Veronica L. Duffy to preside over pretrial matters at the direction of Judge Schreier for the duration of this case. I am authorized to advise that Chief Judge Lange concurs with this temporary appointment of Magistrate Judge Duffy.

Thus, Magistrate Judge Duffy of the District of South Dakota is hereby appointed to serve as a magistrate judge in the District of Minnesota for the duration of matters in the case of United States of America v. Robert Phillip Ivers, Case No. 25-CR-0347 (KES) and perform any and all magistrate-judge duties in the case.

Dated September 11, 2025
at Minneapolis, Minnesota

/s/ Patrick J. Schiltz
PATRICK J. SCHILTZ
Chief Judge
United States District Court