# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - JLS<br>Courtroom - SF #2 | Court Reporter – FTR<br>Date – December 12, 2025 |
|---|---|
| 0:25-CR-00347-KES ||
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PHILLIP IVERS<br><br>Defendant. | Melinda Williams<br><br><br><br><br>Brett Kelley |

TIME HEARING SCHEDULED TO BEGIN: 11:00 AM

TIME:

11:03 AM   Enter status conference before the Hon. Karen E. Schreier, United States District Judge Sioux Falls, SD. Counsel appear by videoconference and state their appearances for the record. Defendant is not present.

The Court takes Judicial Notice regarding the Defendant's Competency Report. The Court declares Defendant Competent

The Court addresses Counsel regarding the pending Motion for Bill of Particulars.
Attorney Williams requests 7-days to respond to that motion.
No objection from Attorney Kelley.
The Court will allow 7-days for Plaintiff to respond.

The Court discusses setting a new scheduling order.
The Court will schedule the trial to begin April 14, 2026.
Attorney Williams estimates 3-4 days for trial.

11:15 AM   Court is adjourned.