UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-347 (KMM/SGE)

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                          **NOTICE OF SUBSTITUTION**

ROBERT PHILLIP IVERS,

        Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

Add

Bradley M. Endicott

Remove

Melinda A. William

Dated: January 26, 2026                Respectfully submitted,

                                        DANIEL N. ROSEN
                                        United States Attorney

                                        *s/Bradley M. Endicott*
                              BY:   BRADLEY M. ENDICOTT
                                        Assistant U.S. Attorney