UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-cr-347-KES/VLD

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>v.<br><br>Robert Philip Ivers,<br><br>                Defendant. | **DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH BRADY OBLIGATION ORDER AND FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS** |

Defendant, by and through his undersigned counsel, respectfully moves the Court for an order compelling compliance with the Court's Brady Obligation Order issued on September 9, 2025, (ECF 7), and for leave to file such additional pretrial motions as may be required after such compliance has been made. Suppression/voluntariness motions are currently due on February 24, 2026. In support of his motion, defense counsel states as follows.

On September 9, 2025, the Court ordered the Government "to disclose to the defendant all exculpatory evidence—that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny." (ECF 7.) The Court warned that "[f]ailure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court." (*Id.*)

The Government provided electronic discovery to defense counsel via mail on October 29, 2025 and via USA-fx on December 10, 2025. Upon information and belief,

additional discovery, including all potentially exculpatory evidence ordered to be produced, (ECF 7), remains to be produced. Receipt of all such information is necessary to allow Mr. Ivers to properly defend himself.

Should the Government fail to comply with the Court's Brady Obligation Order, Defendant intends to seek further relief from the Court, including but not limited to dismissal of charges.

Defense counsel anticipates filing dispositive motion(s) and trial-related motions (including motions in limine) on or before the Court's deadlines. (ECF 38.) Insofar as additional issues are identified making further motions necessary, including suppression motions, Defendant respectfully requests leave to file such motions at a later date.

**KELLEY, WOLTER & SCOTT, P.A.**

Dated: February 20, 2026

By: s/ *Brett D. Kelley*
    Brett D. Kelley (#397526)
11100 Wayzata Blvd, Suite 510
Minnetonka, MN  55305
    Tel:  (612) 371-9090
    Fax: (612) 371-0574
    Email: bkelley@kelleywolter.com

*Attorneys for Defendant*