UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case Number: 25-CR-347 (KES/VLD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **SUPERSEDING INDICTMENT** |
| | ) |
| Plaintiff, | ) 18 U.S.C. §115(a)(1)(B) |
| | ) 18 U.S.C. § 876(c) |
| v. | ) |
| | ) |
| ROBERT PHILLIP IVERS, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Mailing a Threat to Injure the Person of Another)

On or about April 7, 2025, and in the days immediately preceding that date, in the State and District of Minnesota, the defendant,

**ROBERT PHILLIP IVERS,**

knowingly deposited and caused to be delivered by the United States Postal Service, a written communication addressed to E.R. at 2115 Summit Avenue, Saint Paul, Minnesota 55105, containing threats to injure the person of another, namely a threat to kill federal judges, said communication being excerpts from defendant's handwritten book entitled, "How to Kill a Federal Judge."

The defendant transmitted the communication with the intent to issue a threat with knowledge that the communication would be understood as a threat, and at a minimum with conscious disregard of a substantial risk that the communication would be viewed as a serious expression of an intent to inflict bodily injury and death, and would be understood as a true threat.

SCANNED
MAY 07 2026
U.S. DISTRICT COURT MPLS

United States v. Robert Phillip Ivers

All in violation of Title 18, United States Code, Section 876(c).

### COUNT 2
(Mailing a Threat to Injure the Person of Another)

On or about February 12, 2025, and in the days immediately preceding that date, in the State and District of Minnesota, the defendant,

**ROBERT PHILLIP IVERS**,

knowingly deposited and caused to be delivered by the United States Postal Service, a written communication addressed to a law firm at 60 South 6th Street, Suite 1500, Minneapolis, Minnesota 55402, containing threats to injure the person of another, namely threats to A.T. and A.T.'s children, federal judges, and Judge A, said communication being defendant's handwritten book entitled, "How to Kill a Federal Judge."

The defendant transmitted the communication with the intent to issue a threat with knowledge that the communication would be understood as a threat, and at a minimum with conscious disregard of a substantial risk that the communication would be viewed as a serious expression of an intent to inflict bodily injury and death, and would be understood as a true threat.

All in violation of Title 18, United States Code, Section 876(c).

### COUNT 3
(Threatening to Murder a United States Judge)

On or about February 12, 2025, and in the days immediately preceding that date, in the State and District of Minnesota,

**ROBERT PHILLIP IVERS**,

2

United States v. Robert Phillip Ivers

did knowingly threaten to assault and murder Judge A, a United States District Judge, with the intent to retaliate against said judge on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                  FOREPERSON