**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy – Lynn M.<br>Saint Paul Courtroom – 7B<br>U.S. Probation Officer – Gary S. | Court Reporter – Lynne K.<br>Date – Tuesday, November 24, 2026 |

0:25-CR-00347 (KES/VLD)

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs. | Bradley Endicott<br>William Mattessich |
| Robert Phillip Ivers<br><br>Defendant. | Glenn Bruder |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME: Two (2) Hours Fifteen (15) Minutes

1:30 p.m. Enter uncontested sentencing.

Sentence: 78 Months Imprisonment; Two (2) Years Supervised Release; $300 Special Assessment due and payable immediately. *See* J&C for Special Conditions.

The Defendant was REMANDED to the custody of the United States Marshal.

3:45 p.m. Court adjourned.